Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Edward A. Bobrick | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 C 8256 | **DATE** | 4/18/2000 |
| **CASE TITLE** | Raul Olguin vs. City of Chicago, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]    Enter Agreed Order.

*[signature: Edward A. Bobrick]*

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices: 4 |
| ✓ | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | APR 1 9 2000 date docketed |
| | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| TH ✓ | courtroom deputy's initials | 4/18/2000 date mailed notice TH mailing deputy initials |
| | Date/time received in central Clerk's Office | |

Document Number: 34

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RAUL OLGUIN and LUCILA OLGUIN, individually and as the Guardians of ALONZO OLGUIN, their son, a disabled person, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO and FRANCISCO W. ROMAN, <br><br> Defendants. | No. 97 C 8256 <br><br> MAGISTRATE JUDGE BOBRICK <br><br> JURY DEMAND |

**DOCKETED APR 19 2000**

## AGREED ORDER

This matter coming to be heard by agreement of the parties, the Court being advised, IT IS HEREBY ORDERED:

1. The Evidence and Recovered Property Section of the City of Chicago Police Department shall sign out inventory items numbers 1890578, 1890579, 1890580, 1890581 and 1890582 to the custody of Police Officer Joe Ramirez, Star No. 9992, of the Chicago Police Department for the purpose of viewing these items by the attorneys for the parties in this cause.

2. The above-named items shall thereafter be resealed and returned to the custody of the Evidence and Recovered Property Section of the City of Chicago Police Department.

ENTER: _Edward A. Bobrick_
The Honorable Edward A. Bobrick

DATED: April 18, 2000
Liza M. Franklin
Assistant Corporation Counsel
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No.: 06216088

34